AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Daniel Tejeda

APPEARANCE

CASE NUMBER: 1:08MJ44A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel Tejeda

I certify that I am admitted to practice in this court.

4-2-8
*Date*

[signature]
*Signature*

K Fitzgerald 5775
*Print Name* *Bar Number*

10 Weybosset St
*Address*

Prov RI
*City* *State* *Zip Code*

528-4281 -4285
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.